**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                   **3:20-cr-00027-JM-1**

**MARK ALLEN CHURCHWELL**

**<u>ORDER</u>**

On July 24, 2020, following a bond hearing, the Court set O/R Bond for Mr. Churchwell, but directed that he remain detained until a bed in an inpatient drug treatment facility became available.  *Doc. 13*.  The Court subsequently entered three other Orders related to the as-yet unrealized effort to get Mr. Churchwell to inpatient treatment. *Docs. 15*, *18*, *19*.  Arrangements have now been made for Mr. Churchwell to enter inpatient drug treatment at Crowley's Ridge on November 2, 2020.

On November 2, 2020, at 11:00 a.m., the U.S. Marshal and authorities at Green County Jail shall release Mr. Churchwell to the third-party custody of Tammy Churchwell, who must transport Mr. Churchwell:  (1) immediately for a COVID - 19 test at North East Arkansas Baptist Clinic, 8170 U.S. 49 N., Brookland, Arkansas, (870) 936-7200 (or at any other location preapproved by the pretrial services officer); and (2) then directly to inpatient drug treatment at Crowley's Ridge.  **Mr. Churchwell must report to Crowley's Ridge no later than 2:00 p.m. on**

**November 2, 2020**.  He must successfully complete inpatient drug treatment, followed by chemical free living until all charges in this case are resolved.

IT IS SO ORDERED this 8th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE